THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* TERRY LEE WOOLUMS, Defendant-Appellant.

(No. 71-383;

Second District—September 12, 1972.

Opinion by Mr. JUSTICE THOMAS J. MORAN.

E. Roger Horsky, of Defender Project, of Elgin, (Ralph Ruebner, of counsel,) for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, for the People.